**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| In Re: | * |
| | * |
| Benjamin Nathaniel Matt, | *   Case No. 09-10193 |
| | * |
| Debtor. | *   Chapter 13 |

**MOTION TO EXTEND PLAN FROM**
**THIRTY-SIX (36) to SIXTY (60) MONTHS**

    Comes Now the Debtor in the above referenced case, appearing by and through the undersigned attorney, and respectfully represents as follows:

1.     The Debtor's applicable commitment period is three (3) years, however, the Debtor does not have the disposable income necessary to complete his/her plan in thirty-six (36) months.

2.     The Debtor requests the Court extend his/her plan to sixty (60) months.

    Wherefore, Debtor moves this Honorable Court for an order extending his/her Chapter 13 plan herein to sixty (60) months.

Dated: 01/16/09                      /S/ <u>Herman D. Padgett</u>
                                                Herman D. Padgett
                                                Padgett & Robertson
                                                Attorneys at Law
                                                4317 Downtowner Loop North
                                                Mobile, AL 36609