UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re: BENJAMIN NATHANIEL MATT                              Case No. 09-10193-WSS-13

    Debtor

## ORDER CONFIRMING PLAN

This matter is before the Court for confirmation of the Debtor's Chapter 13 plan of reorganization. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1334(b) and §157(a) and (b)(2)(A) and (L). Venue is appropriate as contemplated by 28 U.S.C. §1408. Appropriate notice was given.

Based on the contents of the plan, this Court's file, the Debtor's compliance with 11 U.S.C. §521(a)(1), and that the plan meets the requirements of 11 U.S.C. §1325,

IT IS ORDERED that the Debtor's plan filed January 16, 2009, together with any summary of amendments filed, is CONFIRMED.

The Debtor's plan as confirmed requires payments to the Trustee in the amount of $340.00 per month for 60 months with all allowed nonpriority, unsecured claims to be paid 5.00%, or higher, PRO RATA.

Dated: June 29, 2009                              /s/ WILLIAM S. SHULMAN
                                                                      WILLIAM S. SHULMAN
                                                                      CHIEF U.S. BANKRUPTCY JUDGE