UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:                                                                                           Case No. 09-10193-WSS-13
BENJAMIN NATHANIEL MATT
     Debtor

## NOTICE OF COMPLIANCE WITH FRBP 3002.1(f)

COMES NOW John C. McAleer, III, Standing Chapter 13 Trustee for the Southern District of Alabama and the Chapter 13 Trustee in this case ("Trustee"), and hereby gives notice that the Debtor(s) have made the required postpetition payments necessary to cure all allowed arrearage on their principal residence as contemplated by FRBP 3002.1(f) and as set forth in the applicable proof of claim(s) filed by the mortgage holder.

The holder of the subject claim is notified of its obligation to file and serve a response pursuant to FRBP 3002.1(g).

Dated: May 28, 2014                                                         /s/ JOHN C. MCALEER III, TRUSTEE
                                                                                    JOHN C. MCALEER III, TRUSTEE

## CERTIFICATE OF SERVICE
## VIA NOTICE OF ELECTRONIC FILING OR U.S. MAIL

BENJAMIN NATHANIEL MATT                       HERMAN D. PADGETT
1262 DAUPHIN ISLAND PARKWAY                   P.O. BOX 62
MOBILE, AL 36605                                              MOBILE, AL 36601-0062

HSBC MORTGAGE SERVICES
636 GRAND REGENCY BLVD.
BRANDON, FL 33510

Dated: May 28, 2014                                                       /s/ JOHN C. MCALEER III, TRUSTEE
                                                                                    JOHN C. MCALEER III, TRUSTEE
                                                                                    Chapter 13 Trustee
                                                                                    P. O. Box 1884
                                                                                    Mobile, AL 36633